**DETAINED**
**DELANEY HALL**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Fortino Lopez Saguilan,** ) | |
| A No.: 240-166-208 ) | |
| Petitioner, ) | |
| ) | **Civil Action No.:** |
| ) | **3:25-cv-18980-ZNQ** |
| v. ) | |
| ) | |
| ) | |
| **PAMELA BONDI,** ) | Hon. Judge Zahid N. Quraishi |
| **Attorney General of the United States and** ) | |
| **KRISTI NOEM** ) | |
| **Secretary of the Department of** ) | |
| **Homeland Security, (DHS) and,** ) | |
| **TODD LYONS** ) | |
| **Acting Director of Immigration &** ) | |
| **Customs Enforcement, (ICE), and** ) | |
| ) | |
| **LUIS SOTO** ) | |
| **Director of Delaney Hall Detention Facility** ) | |
| ) | |
| Respondents. | |

**ORDER**

The Parties jointly submit this Order for approval and entry by the Court, with the exception of paragraph (c), to which the parties have a dispute as explained below.

I. TERMS OF ORDER:

   a. Petitioner's bond hearing shall move forward on January 8, 2026;

   b. Petitioner shall request continuance(s) of the Individual Hearing from the Immigration Court no later than 12:00 p.m. EST on January 8, 2026;

   c. Should the Immigration Court grant Petitioner's request for release under bond, and, if the Petitioner successfully posts bond, Petitioner shall be released from custody no later than 7:00 a.m. EST on January 9, 2026;

   d. Should the Immigration Court deny Petitioner's request for release under bond, Petitioner reserves the right to file an emergent motion challenging the result of the bond hearing before this Court no later than 2:00 p.m. on January 8, 2026;

   e. This Court shall also retain jurisdiction to enforce the terms of this Order.

Petitioner and Respondents agree to all terms herein save that Respondents do not agree to paragraph (c) setting a time limit by which Petitioner must be released from custody if he successfully posts bond.

Dated: January 7, 2026

_____
HON. JUDGE ZAHID N. QURAISHI, U.S.D.J.

**FOR PLAINTIFF FORTINO LOPEZ SAGUILAN:**

Dated: January 7, 2026

ALEKSANDRA N. GONTARYUK
AG LAW FIRM

*/S/ Aleksandra Nikolaevna Gontaryuk,Esq.*
AG Law Firm
111 Town Square Pl,
PMB 45115 Ste 1238
Jersey City, NJ 07310
Tel. No.: (908) 336-7550; Fax No.: (908) 379-8758
Aleks@aglawnj.com
Attorney For Petitioner

The undersigned hereby apply for and consent to the entry of this Consent Order:

**FOR RESPONDENTS PAMELA BONDI, ET. AL.:**

Dated: January 7, 2026

                                              TODD BLANCHE
                                              U.S. Deputy Attorney General

                                              JORDAN FOX
                                              Chief of Staff &
                                              Associate Deputy Attorney General
                                              Special Attorney

By:      *s/ Alex Silagi*
             ALEX D. SILAGI
             Assistant United States Attorney
             Deputy Chief, Civil Division
             *Attorneys for Respondents*