UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FORTINO LOPEZ SAGUILAN,**<br><br>Petitioner,<br><br>v.<br><br>**PAMELA BONDI,** *et al.,*<br><br>Respondents. | Civil Action No. 25-18980 (ZNQ)<br><br>ORDER |

This matter having come before the Court on Petitioner's motion seeking a temporary restraining order (ECF No. 13), the Court having considered that Order, the Government's Response (ECF No. 15), and Petitioner's reply (ECF No. 16), and for the reasons expressed in the accompanying memorandum opinion,

**IT IS** on this 8th day of January 2026,

**ORDERED** that Petitioner's motion (ECF No. 13) is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying memorandum opinion upon the parties electronically, and shall **CLOSE** the file.

                                                        s/ Zahid N. Quraishi
                                                  **ZAHID N. QURAISHI**
                                                  **UNITED STATES DISTRICT JUDGE**